# United States Court of Appeals
## For the First Circuit

No. 24-1750

UNITED STATES OF AMERICA,

Appellee,

v.

CRAIG MEDOFF,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on November 18, 2025, is amended as follows:

page 48, line 5, replace "security" with "securities".